UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE L. PICKERING and TERRY A. O'KEEFE,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS; BANK OF AMERICA, N.A.; QUALITY LOAN SERVICING CORP. WASHINGTON; MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS"); and DOES 1-10, Inclusively,<br><br>Defendants. | Case No. C15-1983 RSM<br><br>ORDER GRANTING DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR VIOLATION OF REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) 12 CFR 1024.41 |

THIS MATTER having come before the Court upon the filing of Defendant Mortgage Electronic Registration Systems Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint for Violation of Real Estate Settlement Procedures Act (RESPA) 12 CFR 1024.41 (the "Motion") pursuant to Federal Rule of Civil Procedure 12(b)(6); all parties having been given notice and an opportunity to respond; the Court having reviewed all pleadings filed by all parties relating to the Motion; and the Court having reviewed the records and files herein, it is hereby:

ORDERED that Defendant Mortgage Electronic Registration Systems Inc.'s Motion is

ORDER GRANTING DEFENDANT
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC.'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED
COMPLAINT - 1



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

GRANTED; and it is

FURTHER ORDERED that the claims of Plaintiffs Stephanie Pickering and Terry A. O'Keefe are dismissed in their entirety, with prejudice, and without leave to amend, as to Defendant Mortgage Electronic Registration Systems Inc.

DATED this 13th day of April 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

WITHERSPOON · KELLEY

s/Michael J. Kapaun
Michael J. Kapaun, WSBA # 36864

*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc. (erroneously sued as "Mortgage Electronic Registration Systems")*

ORDER GRANTING DEFENDANT
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC.'S MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED
COMPLAINT - 2



WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728