UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE PICKERING and TERRY A. O'KEEFE,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS; BANK OF AMERICA, N.A.; QUALITY LOAN SERVICING CORP. WASHINGTON; MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS"); and DOES 1-10, Inclusively,<br><br>Defendants. | Case No. 2:15-cv-01983-RSM<br><br>ORDER GRANTING DEFENDANT BANK OF AMERICA'S MOTION TO EXTEND TRIAL DATE AND TRIAL ORDER DEADLINES |

THIS MATTER having come before the Court upon the filing of Defendant Bank of America's Motion to Extend Trial Date and Trial Order Deadlines (the "Motion") pursuant to Federal Rule of Civil Procedure 16(b); all parties having been given notice and an opportunity to respond; the Court having reviewed all pleadings filed by all parties relating to the Motion; and the Court having reviewed the records and files herein, it is hereby:

ORDERED that Defendant Bank of America's Motion is GRANTED; and it is

FURTHER ORDERED that the dates set forth in the Trial Order are extended for a period of ninety days from the date of this Order. A revised scheduling order will follow.

ORDER GRANTING BANK OF AMERICA'S
MOTION TO EXTEND TRIAL DATE AND
DEADLINES OF TRIAL ORDER - 1

Dated this 8 day of August 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

WITHERSPOON • KELLEY

 *s/ Michael J. Kapaun*
Michael J. Kapaun, WSBA No. 36864
*Attorneys for Defendant Bank of America, N.A. (also erroneously sued as "Bank of America Home Loans")*

ORDER GRANTING BANK OF AMERICA'S
MOTION TO EXTEND TRIAL DATE AND
DEADLINES OF TRIAL ORDER - 2