UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEPHANIE PICKERING and TERRY A. O'KEEFE,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS; BANK OF AMERICA, N.A.; QUALITY LOAN SERVICING CORP. WASHINGTON; MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS"); and DOES 1-10, Inclusively,<br><br>Defendants. | Case No. C15-1983 RSM<br><br>ORDER GRANTING DEFENDANT BANK OF AMERICA'S MOTION TO COMPEL DEPOSITION OF PLAINTIFF AND FOR SANCTIONS |

THIS MATTER having come before the Court upon the filing of Defendant Bank of America's Motion to Compel Deposition of Plaintiff Stephanie Pickering And Motion for Sanctions (Dkt. #74) (the "Motion"), pursuant to Federal Rule of Civil Procedure 37(a); all parties having been given notice and an opportunity to respond; the Court having reviewed all pleadings filed by all parties relating to the Motion; and the Court having reviewed the records and files herein, it is hereby:

ORDERED that Defendant Bank of America's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff Stephanie Pickering is directed to appear for a deposition at a date, time and location to be mutually determined; and it is

FURTHER ORDERED that Plaintiff Stephanie Pickering is directed to pay Defendant Bank of America its fees and costs, including reasonable attorney fees in an amount to be

determined, incurred in preparing for and attending the deposition of Plaintiff Pickering scheduled for July 11, 2018; and it is

FURTHER ORDERED that this Court reserves jurisdiction to make further orders on the Motion.

Dated this 10th day of August 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

WITHERSPOON • KELLEY

 *s/ Michael J. Kapaun*
Michael J. Kapaun, WSBA No. 36864
*Attorneys for Defendant Bank of America, N.A. (also erroneously sued as "Bank of America Home Loans")*