UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE PICKERING and TERRY A. O'KEEFE,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS; BANK OF AMERICA, N.A.; QUALITY LOAN SERVICING CORP. WASHINGTON; MORTGAGE ELECTRONIC REGISTRATION SYSTEM ("MERS"); and DOES 1-10, Inclusively,<br><br>Defendants. | Case No. 2:15-cv-01983-RSM<br><br>ORDER GRANTING DEFENDANT BANK OF AMERICA'S MOTION TO EXTEND TRIAL DATE AND TRIAL ORDER DEADLINES |

THIS MATTER having come before the Court upon the filing of Defendant Bank of America's Motion to Extend Trial Date and Trial Order Deadlines (the "Motion") pursuant to Federal Rule of Civil Procedure 16(b); all parties having been given notice and an opportunity to respond; the Court having reviewed all briefing filed by all parties relating to the Motion; and the Court having reviewed the records and files herein, it is hereby:

ORDERED that Defendant Bank of America's Motion, Dkt. #86, is GRANTED. The Court directs the Clerk to issue a new revised scheduling order extending the dispositive motion

ORDER GRANTING BANK OF AMERICA'S
MOTION TO EXTEND TRIAL DATE AND
DEADLINES OF TRIAL ORDER - 1

deadline and all subsequent deadlines by 90 days, and to assign a new trial date consistent with that extension.

Dated this 28th day of December, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE